## MAYER et al. v. COALGATE PUB. CO. & AUD. CO.

No. 15228—Opinion Filed Sept. 8, 1925.

Commissioners' Opinion, Division No. 1.

Error from County Court, Coal County; P. L. Gassaway, Judge.

Action by the News Dispatch Printing & Audit Company against Mike Mayer and Isaac Vogel. From the judgment, the latter bring error. Reversed and remanded.

James R. Wood, for plaintiffs in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.

---

## MAYER et al. v. COALGATE PUB. CO.

No. 15226—Opinion Filed Sept. 8, 1925.

Commissioners' Opinion, Division No. 1.

Error from County Court, Coal County; P. L. Gassaway, Judge.

Action by Coalgate Publishing Company against Mike Mayer and Isaac Vogel. From the judgment, the latter bring error. Reversed and remanded.

James R. Wood, for plaintiffs in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957. this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.